**[NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]**

# United States Court of Appeals

## For the First Circuit

No. 01-1281

OAK-HEE RUESCH,

Plaintiff, Appellant,

v.

WILLIAM P. DILLON, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nancy Gertner, U.S. District Judge]

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

Oak-Hee Ruesch on brief pro se.

November 7, 2002

**Per Curiam**.  We _affirm_ the district court's dismissal of plaintiff's complaint substantially for the reasons set forth in the court's memorandum order of November 15, 2000. Plaintiff's later motion for reconsideration and new pleading did not cure the complaint's defects nor otherwise show cause why the complaint should not be dismissed.

_Affirmed_.